Simon J. Frankel (Bar No. 171552)
sfrankel@cov.com
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, CA 94111
Tel: (415) 591-6000
Fax: (415) 591-6091

Attorneys for Defendant
AOL, INC.

David C. Parisi (Bar No. 162248)
dcparisi@parisihavens.com
Suzanne Havens Beckman (Bar No. 188814)
shavens@parisihavens.com
PARISI & HAVENS LLP
212 Marine Street, Suite 100
Santa Monica, CA 90405
Tel: (818) 990-1299
Fax: (818) 501-7852

Attorneys for Plaintiff
NICHOLAS DERBY

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| NICHOLAS DERBY, individually and on behalf of a class of similarly situated individuals,<br><br>　　Plaintiff,<br><br>　　v.<br><br>AOL, INC., a Delaware corporation,<br><br>　　Defendant. | Civil Case No.: 5:15-cv-00452-RMW<br><br>**STIPULATION AND []<br>ORDER TO EXTEND BRIEFING<br>SCHEDULE ON DEFENDANT'S MOTION<br>TO DISMISS AND TO RESCHEDULE<br>MOTION HEARING**<br><br>Hearing Date:　May 8, 2015<br>Hearing Time:　9:00 a.m.<br>Dept:　　　　　Courtroom 6, 4th Floor<br>Judge:　　　　Hon. Ronald M. Whyte |

Plaintiff Nicholas Derby ("Plaintiff"), by and through his attorneys Parisi & Havens LLP, and Defendant AOL, Inc. ("Defendant"), by and through its attorneys Covington & Burling LLP, pursuant to Local Rules 6-1(b), 6-2 and 7-12 hereby stipulate as follows:

1. On February 2, 2015, Plaintiff filed his Class Action Complaint.  (Dkt. 1.)

2. On April 3, 2015, Defendant filed its Motion to Dismiss ("Motion").  (Dkt 18.)

3. The hearing on Defendant's Motion is currently set for May 8, 2015 at 9:00 a.m. Plaintiff's opposition to the Motion is currently due on April 17, 2015, and Defendant's reply brief is currently due on April 24, 2015.

4. The Parties have met and conferred and believe that, in light of the amount of time necessary to thoroughly address the issues presented in Defendant's Motion, and in light of the schedules of counsel, good cause exists to continue the hearing on Defendant's Motion and good cause exists for an extension of time for Plaintiff to properly respond to Defendant's Motion and for Defendant to properly reply in support thereof.

5. This Stipulation is made in good faith and not for the purpose of delay or for any other improper purpose.  No other date or deadline would be impacted by the extensions requested in this Stipulation.

6. Consequently, Plaintiff Nicholas Derby and Defendant AOL, Inc. hereby stipulate to, and request that this Honorable Court enter an Order: (i) extending the deadline for Plaintiff to file his response to Defendant's Motion to Dismiss by twenty-one (21) days to May 8, 2015; (ii) extending the deadline for Defendant to file its reply in support of the Motion to Dismiss by seven (7) days to May 22, 2015; and (iii) rescheduling the hearing on Defendant's Motion to Dismiss to May 29, 2015, or any date thereafter in accordance with the Court's calendar.

Dated: April 9, 2015

PARISI & HAVENS LLP

By: ___/s/ David C. Parisi___
David C. Parisi

Attorneys for Plaintiff
NICHOLAS DERBY

David C. Parisi (Bar No. 162248)
dcparisi@parisihavens.com

2

Stip. And [] Order to Extend Briefing  
Schedule and to Reschedule Hearing Date

No. 15-cv-00452-RMW

|  |  |
|---|---|
|  | Suzanne Havens Beckman (Bar No. 188814)<br>shavens@parisihavens.com<br>PARISI & HAVENS LLP<br>212 Marine Street, Suite 100<br>Santa Monica, CA 90405<br>Tel: (818) 990-1299<br>Fax: (818) 501-7852<br><br>Attorneys for Plaintiff<br>NICHOLAS DERBY |
| Dated: April 9, 2015 | COVINGTON & BURLING LLP<br><br>By:  */s/ Simon J. Frankel*<br>        Simon J. Frankel<br><br>    Attorneys for Defendant<br>    AOL, INC.<br><br>Simon J. Frankel (Bar No. 171552)<br>COVINGTON & BURLING LLP<br>One Front Street, 35th Floor<br>San Francisco, California  94111<br>Telephone:     (415) 591-6000<br>Facsimile:      (415) 591-6091<br>Email: sfrankel@cov.com<br><br>Eric C. Bosset (admitted *pro hac vice*)<br>ebosset@cov.com<br>COVINGTON & BURLING LLP<br>One CityCenter, 850 Tenth Street NW<br>Washington, D.C. 20001<br>Tel: (202) 662-6000<br>Fax: (202) 662-6291 |

Pursuant to Stipulation, **IT IS SO ORDERED**.

Dated: _____       By: _____
                                 Hon. Ronald M. Whyte
                                 U.S. District Court Judge

Stip. And [] Order to Extend Briefing                                    No. 15-cv-00452-RMW
Schedule and to Reschedule Hearing Date