1  Simon J. Frankel (Bar No. 171552)
   sfrankel@cov.com
2  COVINGTON & BURLING LLP
   One Front Street, 35th Floor
3  San Francisco, CA  94111
   Tel: (415) 591-6000
4  Fax: (415) 591-6091
5
6  Attorneys for Defendant
   AOL, INC.
7
   David C. Parisi (Bar No. 162248)
8  dcparisi@parisihavens.com
   Suzanne Havens Beckman (Bar No. 188814)
9  shavens@parisihavens.com
   PARISI & HAVENS LLP
10 212 Marine Street, Suite 100
   Santa Monica, CA 90405
11 Tel: (818) 990-1299
   Fax: (818) 501-7852
12
13 Attorneys for Plaintiff
   NICHOLAS DERBY
14

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| NICHOLAS DERBY, individually and on behalf of a class of similarly situated individuals,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>AOL, INC., a Delaware corporation,<br><br>　　　Defendant. | Civil Case No.:  5:15-cv-00452-RMW<br><br>**STIPULATION AND []<br>ORDER TO EXTEND BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS, TO RESCHEDULE MOTION HEARING, AND TO RESCHEDULE CASE MANAGEMENT CONFERENCE**<br><br>CMC Date:　　July 31, 2015<br>CMC Time:　　10:30 a.m.<br>Dept:　　　　 Courtroom 6, 4th Floor<br>Judge:　　　　Hon. Ronald M. Whyte |

Plaintiff Nicholas Derby ("Plaintiff"), by and through his attorneys Parisi & Havens LLP and McGuire Law, P.C., and Defendant AOL, Inc. ("Defendant"), by and through its attorneys Covington & Burling LLP, pursuant to Local Rules 6-1, 6-2 and 7-12 hereby stipulate as follows:

1. On June 25, 2015, Plaintiff filed his First Amended Class Action Complaint. (Dkt. 31.)

2. On July 16, 2015, Defendant filed its Motion to Dismiss the First Amended Class Action Complaint ("Motion to Dismiss"). (Dkt 35.)

3. The hearing on Defendant's Motion to Dismiss is currently set for August 21, 2015 at 9:00 a.m. Plaintiff's opposition to the Motion to Dismiss is currently due on July 30, 2015, and Defendant's reply brief is currently due on August 6, 2015.

4. The Parties have met and conferred and believe that, in light of the amount of time necessary to thoroughly address the issues presented in Defendant's Motion to Dismiss, and in light of the work and travel schedules of counsel, good cause exists to continue the hearing on Defendant's Motion to Dismiss until September 11, 2015, and good cause exists for an extension of time for Plaintiff to properly respond to Defendant's Motion to Dismiss and for Defendant to properly reply in support thereof.

5. Additionally, on July 1, 2015, the Court set a Case Management Conference for July 31, 2015, with a Case Management Statement due on July 24, 2015. (Dkt. 32.) The Parties have met and conferred and believe that, in light of Defendant's pending Motion to Dismiss, and in light of the Motion to Dismiss being set for hearing, in the interests of efficiency and judicial economy, the Case Management Conference should be rescheduled to September 11, 2015—the same date as the hearing on the Motion to Dismiss.

6. This Stipulation is made in good faith and not for the purpose of delay or for any other improper purpose. No other date or deadline would be impacted by the extensions requested in this Stipulation.

7. Consequently, Plaintiff Nicholas Derby and Defendant AOL, Inc. hereby stipulate to, and request that this Honorable Court enter an Order: (i) extending the deadline for Plaintiff to file his response to Defendant's Motion to Dismiss by seven (7) days to August 6, 2015; (ii) extending the

2

Stip. And [] Order to Extend Briefing Schedule, to Reschedule Hearing Date, and to Reschedule CMC

No. 15-cv-00452-RMW

deadline for Defendant to file its reply in support of the Motion to Dismiss by fourteen (14) days to August 27, 2015; (iii) subject to the Court's availability, rescheduling the hearing on Defendant's Motion to Dismiss to September 11, 2015; and (iv) subject to the Court's availability, rescheduling the Case Management Conference to September 11, 2015, or the same date as the hearing on Defendant's Motion to Dismiss, with a Case Management Statement due September 4, 2015, or seven days prior to the rescheduled Case Management Conference.

Dated: July 23, 2015    NICHOLAS DERBY

By:  */s/ Evan M. Meyers*
    Evan M. Meyers

Attorneys for Plaintiff
NICHOLAS DERBY

David C. Parisi (Bar No. 162248)
dcparisi@parisihavens.com
Suzanne Havens Beckman (Bar No. 188814)
shavens@parisihavens.com
PARISI & HAVENS LLP
212 Marine Street, Suite 100
Santa Monica, CA 90405
Tel: (818) 990-1299
Fax: (818) 501-7852

Evan M. Meyers (admitted *pro hac vice*)
emeyers@mcgpc.com
MCGUIRE LAW, P.C.
55 W. Wacker Drive, 9th Floor
Chicago, IL 60601
Tel: (312) 893-7002

Attorneys for Plaintiff
NICHOLAS DERBY


Dated: July 23, 2015    AOL, INC.

By:  */s/ Simon J. Frankel*
    Simon J. Frankel

Attorneys for Defendant
AOL, INC.

Stip. And ] Order to Extend Briefing
Schedule, to Reschedule Hearing Date, and to
Reschedule CMC

No. 15-cv-00452-RMW

Simon J. Frankel (Bar No. 171552)
sfrankel@cov.com
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, California  94111
Tel: (415) 591-6000
Fax: (415) 591-6091

Eric C. Bosset (admitted *pro hac vice*)
ebosset@cov.com
COVINGTON & BURLING LLP
One CityCenter, 850 Tenth Street NW
Washington, D.C. 20001
Tel: (202) 662-6000
Fax: (202) 662-6291

Pursuant to Stipulation, **IT IS SO ORDERED**.

Dated: _____        By: /s/ Ronald M. Whyte
                             Hon. Ronald M. Whyte
                             U.S. District Court Judge

4

Stip. And [ Order to Extend Briefing
Schedule, to Reschedule Hearing Date, and to
Reschedule CMC

No. 15-cv-00452-RMW