UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS DERBY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AOL, INC.,<br><br>　　　　Defendant. | Case No.  5:15-cv-00452-RMW<br><br>**JUDGMENT** |

On September 11, 2015, the court granted defendant AOL, Inc.'s motion to dismiss for failure to state a claim on which relief can be granted. Therefore,

**IT IS HEREBY ORDERED** that judgment be entered in favor of defendant AOL, Inc. and against plaintiff Nicholas Derby and that plaintiff take nothing by way of his complaint.

Dated: September 14, 2015

　　　　　　　　　　　　　　　　　　　　　_Ronald M. Whyte_
　　　　　　　　　　　　　　　　　　　　　Ronald M. Whyte
　　　　　　　　　　　　　　　　　　　　　United States District Judge

5:15-cv-00452-RMW
JUDGMENT
RS

1