**FILED**

MAR 18 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| NICHOLAS DERBY, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> AOL INC., <br><br> Defendant - Appellee. | No. 15-17033 <br><br> D.C. No. 5:15-cv-00452-RMW <br> Northern District of California, <br> San Jose <br><br> ORDER |

The stipulation to dismiss the appeal under Federal Rules of Appellate Procedure 42(b) is granted. The costs shall be allocated pursuant to the stipulation.

A copy of this order shall act as and for the mandate of this court.

For the Court:

MOLLY C. DWYER
Clerk of Court

Grace Santos
Deputy Clerk
Ninth Circuit Rule 27-7/Advisory Note to Rule 27
   and Ninth Circuit 27-10

GS   03/14/2016/Pro Mo